

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2016

No. 04-13-00300-CR

Richard M. **LOPEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR5395
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant has filed a pro se letter requesting a copy of his trial transcripts for purposes of filing a post-conviction writ of habeas corpus. This court has no jurisdiction over post-conviction writs of habeas corpus in felony cases. *See* TEX. CODE CRIM. PROC. art. 11.07; *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding). Post-conviction writs of habeas corpus are to be filed in the trial court in which the conviction was obtained, and made returnable to the Court of Criminal Appeals. *See* TEX. CODE CRIM. PROC. art. 11.07. In order to obtain a free copy of the record, appellant would need to file a motion in the trial court in which the conviction was obtained and demonstrate that his claim is not frivolous and that the record is needed to decide the issues presented. *See United States v. MacCollom*, 426 U.S. 317, 326 (1976); *Escobar v. State*, 880 S.W.2d 782, 783 (Tex. App.— Houston [1st Dist.] 1993, no pet.). Appellant's request is DISMISSED without prejudice to seeking relief in the proper court.

Appellant has also filed a pro se letter asking questions about a writ of certiorari. This court's records reflect that a petition for writ of certiorari was filed after this court issued its opinion, and the United States Supreme Court denied the petition.

Sandee Bryan Marion, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2016.

Keith E. Hottle
Clerk of Court